### JOHN PENNIMAN *vs.* WILLIAM MATHEWS & Trustee.

A supposed trustee, who, after filing his answers as such, becomes insolvent and obtains his discharge, and is afterwards discharged as trustee on his answers, is entitled to costs.

In this action, the defendant having been defaulted at a previous term, interrogatories were put to the supposed trustee, and answered by him, at the April term of the court of common pleas, 1847; his last answers being filed on the first day of the term.

Shortly after the trustee filed his last answers, he made application to be declared an insolvent debtor, and was afterwards so declared. The plaintiff, on the last day of the term, discontinued against the trustee, on the ground of his insolvency; although the trustee did not himself suggest or rely upon the same as a discharge. On the last day of the term. also, the trustee moved that he be discharged upon his answers and allowed his costs against the plaintiff, if, upon examination of the answers, it should appear, that at the time

29*

of the service of the plaintiff's writ upon him, he had no goods, effects, or credits of the principal defendant, in his hands or possession.    The court ordered the supposed trustee to be discharged as such, but refused to allow him his costs; and he thereupon alleged exceptions.

*D. Morgan*, for the trustee.

There was no appearance for the plaintiff.

By THE COURT.    The court are of opinion, that the supposed trustee is entitled to his costs.    He is within the words of the statute, and there is nothing in the fact of his becoming insolvent during the process, to deprive him of them. He did not suggest his insolvency as a ground of discharge.